# Court of Appeals
# of the State of Georgia

ATLANTA, __October 12, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2094. WEBB v. TURNER.**

This appeal was docketed in this Court pursuant to the grant of a discretionary application, A12D0368, *Webb v. Turner*. After a review of the entire record in this case, it appears that the trial court's order was legally correct, and the discretionary application was improvidently granted. Therefore, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __10/12/2012__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*